## File Hashes for IP Address 174.51.127.33

**ISP:** Comcast Cable
**Physical Location:** Denver, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/26/2013 11:26:48 | 0C4D06B05D86BC16BF4294D08F3DE0FC04122556 | We Love Ourselves |
| 09/26/2013 11:24:38 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 09/26/2013 11:21:39 | 0C4B2406B2C4F151DC576F747487DB1A555778BE | Come From Behind |
| 09/26/2013 02:44:43 | 6AFD23904D4B47B58B0EC42120140DF80270E89C | Love with a View |
| 09/22/2013 15:45:28 | 1AC23122A8B10AFE4F7CEF1B6746428096E0B9E4 | Tuesday Morning |
| 09/22/2013 14:56:49 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky |
| 09/22/2013 12:00:50 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 09/22/2013 12:00:04 | 8253B11CB0538D632B448340AEC0BA9FC7184239 | Malibu Moments |
| 09/22/2013 11:54:30 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 09/18/2013 09:09:23 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 09/18/2013 08:52:53 | ADB8EAAB9E1AF222D0686290A504F7ECE186279D | She Bad |
| 09/18/2013 08:49:12 | 8373AF619CD811248AFE99516087ACF2F9739585 | Spontaneous |
| 09/18/2013 08:45:22 | 6E6F00447782DB434A47FB56D9BFD57A0A3F2614 | Roommates |
| 09/18/2013 01:13:23 | C53580B76EAEADD6F45A91DED72785EF2F2F2880 | Foot Fetish |
| 09/17/2013 12:02:57 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |
| 09/17/2013 11:54:20 | 2F9072DFA4B3679949D33C3FFCE209A702155F10 | Pure Grace |
| 09/16/2013 04:17:12 | A4AE6B2579DB805C3EA7AFACCD54B15824B9E111 | Party Boat |
| 09/13/2013 04:38:43 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 09/13/2013 04:14:04 | F44E53FC4EBD34AE297E94ABF1C6EC898C49F1F9 | Come Inside From the Cold |
| 09/08/2013 15:27:16 | A67BFAB4AC3A916556C2DD40AC0869FFF30585C7 | What a Girl Wants Part #2 |
| 09/08/2013 15:25:47 | 612CD41B3EF0921D2E93275EDC826E4F272E8B8D | Introducing Kenzie |
| 09/03/2013 10:36:08 | 65301438B75BE45F3457651BD3182E93EBB85CF7 | Just Married |

EXHIBIT A

CO252

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/02/2013 13:23:55 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 09/02/2013 13:19:30 | 3F7C7C4F47D37B4E8909311852C7D0E36BE5F566 | Dreams Do Come True |
| 09/02/2013 13:18:37 | 7E8071EBECF0F0FE50AE2EAD0E1CE24E29E865C1 | Getting Down |
| 09/02/2013 04:17:12 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 08/25/2013 16:42:25 | 12728A9AE6A49CB288DB856C1CAE8D9A01D92109 | Up Close and Personal |
| 08/25/2013 12:36:56 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |
| 08/25/2013 12:05:41 | 91DC7B1778E4991271119B567B0420D9167F7DD6 | Alone Is A Dream Left Behind |
| 08/23/2013 00:29:32 | 904A1DA01C4575CAB34A608694AB0072ECBD4230 | I Love James Deen |
| 08/22/2013 12:00:46 | 45D93961A97C6E4C4EA0779523F4E07CD066BAC3 | Model Couple |
| 08/18/2013 13:53:31 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 08/17/2013 12:49:08 | FDBD7F1232A762AC6BAD143087536810C35608CA | Sneaking In |
| 08/17/2013 12:32:46 | 3D7A9FF54EB873B2F3DF66630BEB375C6B87EC2B | Malibu Moments Part #2 |
| 08/15/2013 02:54:21 | 3D937C124236B90908D5EFC26E0B1E8CE70C74C3 | Pool Party For Three |
| 08/15/2013 02:51:34 | 6B5F2A4C794F6C8873853DC33189B5545DAE2C2D | Introducing Kiki |
| 08/14/2013 12:11:19 | 143E187F72AE9BA9BC6DB821D56C08C6D7A8805A | Burning |
| 08/14/2013 12:11:01 | 2A936E5B37749915EEDA067A54C93CF84842BEA2 | New Romance |
| 08/14/2013 11:57:27 | BBA334C79959B8C3EBCDD5647866DF199AE6D22E | Going Strong |
| 08/14/2013 11:55:33 | D46C72FD478307182F7A4A99FA6FEA9C1F697F3C | So Close Together |
| 08/14/2013 04:11:05 | 6B3AD6CD8876E455AA4BC7F7A00D5CE42B6415D0 | Triple Threat |
| 08/14/2013 03:33:09 | 0C67AD2D1B7BE7AA62FB45BE65534C6BD2E4B723 | Clean and Wet |
| 08/13/2013 12:40:01 | 1679632E5066C03128EAE0DADB529E96AC76974B | Make Me Feel Beautiful |
| 08/13/2013 12:31:24 | A5D4830AAE367E3FB6371C30BEE5E226477FB9E4 | This Really Happened |

**Total Statutory Claims Against Defendant: 44**

EXHIBIT A